DANIEL G. BOGDEN
United States Attorney
RUSSELL E. MARSH
Assistant United States Attorney
333 Las Vegas Blvd., South, Fifth Floor
Las Vegas, NV 89101
(702) 388-6336
Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-cr-268-MDD-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT |
| | ) | |
| ROBERTO CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by and through Daniel G. Bogden, United States Attorney, and Russell E. Marsh, Assistant United States Attorney, the United States hereby moves for leave to dismiss this case against defendant Roberto Chavez based on the age of the case and the unknown status of the defendant. This case was indicted on June 18, 2003.

WHEREFORE, the government hereby moves for leave to dismiss the indictment in this matter against defendant Chavez with prejudice, and further requests that the arrest warrant for defendant Chavez be quashed.

DATED this 7th day of June, 2013.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

*/s/ Russell E. Marsh*
RUSSELL E. MARSH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-cr-268-MDD-PAL |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ROBERTO CHAVEZ, | ) | |
| Defendant. | ) | |

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant Roberto Chavez. It is further ordered that the arrest warrant for defendant Chavez be quashed.

SO ORDERED.

DATED: June 6, 2013

_____
MIRANDA DU
United States District Judge